1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
D. Greg Blankinship (*pro hac vice*)
Jean M. Sedlak (SBN 267659)
445 Hamilton Ave, Suite 605
White Plains, New York 10601
Telephone: (914) 298-3290
gblankinship@fbfglaw.com
jsedlak@fbfglaw.com

*Counsel for Plaintiff*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94116
Telephone: (415) 772-4700
Facsimile: (415) 772- 4707
lking@kaplanfox.com
mchoi@kaplanfox.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DANIEL MAZZONE**, individually and on
behalf of others similarly situated individuals,

    Plaintiff,

    v.

**TOPSTAR TECHNOLOGY, LLC**,

    Defendant,

Case No.  5:18-cv-06989-NC

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P.**
**41(a)(1)(A)(i)**

    **PLEASE TAKE NOTICE THAT** Plaintiff Daniel Mazzone, by his attorneys, hereby gives

notice of the voluntary dismissal of his underlying action, without prejudice, pursuant to Fed. R.

Civ. P. Rule 41(a)(1)(A)(i), with each side to bear its own costs.  In accordance with Fed. R. Civ. P.

Rule 41(a)(1)(A)(i), this voluntary dismissal has been filed before Defendant has filed an answer or

a motion for summary judgment and before certification of any class.

    Respectfully submitted,

    **FINKELSTEIN, BLANKINSHIP,**
    **FREI-PEARSON & GARBER, LLP**

    By:  */s/ D. Greg Blankinship*
           D. Greg Blankinship